FILED

NOT FOR PUBLICATION

JUL 27 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MARIO TIMMOTHY ORTEGA,

Plaintiff - Appellant,

v.

CORCORAN STATE PRISON; et al.,

Defendants - Appellees.

No. 10-17016

D.C. No. 1:09-cv-01531-MJS

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of California
Michael J. Seng, Magistrate Judge, Presiding[**]

Submitted July 12, 2011[***]

Before:    SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

    Mario Timmothy Ortega, a California state prisoner, appeals pro se from the

district court's judgment dismissing his 42 U.S.C. § 1983 action alleging deliberate

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    Ortega consented to proceed before a magistrate judge.  *See* 28
U.S.C. § 636(c).

[***]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

indifference to his medical needs.  We have jurisdiction under 28  U.S.C. § 1291.

We review de novo a dismissal under 28 U.S.C. §§ 1915A and 1915(e)(2).

*Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir. 2000); *Barren v. Harrington*, 152

F.3d 1193, 1194 (9th Cir. 1998).  We affirm.

The district court properly dismissed Ortega's amended complaint because

his allegations, at most, showed a difference of opinion regarding the treatment of

his eye.  *See Jackson v. McIntosh*, 90 F.3d 330, 332 (9th Cir. 1996) (explaining

that a difference of opinion about medical care is "insufficient, as a matter of law,

to establish deliberate indifference").

Ortega's remaining contentions are unpersuasive.

**AFFIRMED.**